E-filed on: __3/6/2009__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: WCH, Inc., *dba* WINCHESTER CONVALESCENT HOSPITAL, *dba* SAN JOSE SUBACUTE CARE,<br><br>    Debtor.<br><br>WCH, Inc., *dba* WINCHESTER CONVALESCENT HOSPITAL, *dba* SAN JOSE SUBACUTE CARE,<br><br>    Appellant,<br><br>v.<br><br>FREDERICK S. WYLE, Chapter 11 Trustee,<br><br>    Appellee. | No. C-08-05331 RMW<br><br>ORDER TO SHOW CAUSE |

    On November 25, 2008, the court received WCH's notice of appeal from the bankruptcy court's order approving the trustee's sale of substantially all of the estate's assets.  *See* Docket No. 3. On December 5, 2008, the trustee Wyle counter-designated portions of the record for appeal. Docket No. 1; *but see* Docket No. 5 (Feb. 11, 2009) (which appears to be a duplicate of docket entry no. 1).  WCH has not filed an opening brief.

ORDER TO SHOW CAUSE
No. C-08-05331 RMW
TSF

As the confused order of the docket entries indicate, the court cannot clearly discern the status of WCH's appeal. Pursuant to Bankruptcy Local Rule 8010-1(a)(1), WCH should have filed its opening brief within 30 days of the docketing of its appeal, i.e., in December of 2008. Accordingly, the court enters the following order:

1. WCH shall file its opening brief by March 13, 2009 and further briefing shall be filed pursuant to Bankruptcy Local Rule 8010-1(a); or

2. WCH shall show cause why it should not be required to file its opening brief by March 13, 2009.

<u>A failure by WCH to file its opening brief by March 13 or show cause why its brief should not be filed by that date will result in the court issuing an order to show cause why the appeal should not be dismissed for want of prosecution</u>.

DATED: 2/27/2009

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE
No. C-08-05331 RMW
TSF  2

**Notice of this document has been electronically sent to:**

**Counsel for HCW:**

Orrin Leigh Grover, III       orrin@orringrover.com

**Counsel for Wyle:**

Jeffrey L. Fillerup       jfillerup@luce.com
Barry Milgrom             bmilgrom@luce.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**USBC Manager – San Jose**

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Honorable Marilyn Morgan**

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Dated:**      3/6/2009                                       TSF
                                                    **Chambers of Judge Whyte**