E-filed on: 03/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: WCH, Inc.,<br>*dba* WINCHESTER CONVALESCENT HOSPITAL,<br>*dba* SAN JOSE SUBACUTE CARE,<br><br>　　　Debtor. | No. C-08-05331 RMW<br><br>ORDER TO SHOW CAUSE |
| WCH, Inc., *dba* WINCHESTER CONVALESCENT HOSPITAL, *dba* SAN JOSE SUBACUTE CARE,<br><br>　　　Appellant,<br><br>v.<br><br>FREDERICK S. WYLE, Chapter 11 Trustee,<br><br>　　　Appellee. | |

On November 25, 2008, the court received WCH's notice of appeal from the bankruptcy court's order approving the trustee's sale of substantially all of the estate's assets. *See* Docket No. 3. On December 5, 2008, the trustee Wyle counter-designated portions of the record for appeal. Docket No. 1; *but see* Docket No. 5 (Feb. 11, 2009) (which appears to be a duplicate of docket entry no. 1). WCH has not filed an opening brief.

ORDER TO SHOW CAUSE
No. C-08-05331 RMW
TSF

1  On March 6, 2009, the court issued an order setting a deadline for WCH to file its opening
2  brief or to show cause why it could not do so by the deadline. WCH did not file a response to the
3  order to show cause. Accordingly, the court issues this second order to show cause as to why
4  WCH's appeal should not be dismissed for want of prosecution. WCH must file its response by
5  March 27, 2009. <u>A failure by WCH to file a response to this order by March 27 will result in the
6  court dismissing WCH's appeal for want of prosecution</u>.

DATED: 03/17/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been electronically sent to:**

2 **Counsel for HCW:**

3 Orrin Leigh Grover, III        orrin@orringrover.com

4 **Counsel for Wyle:**

5 Jeffrey L. Fillerup         jfillerup@luce.com
Barry Milgrom              bmilgrom@luce.com

6

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

**Notice of this document has been mailed to:**

9

10 **USBC Manager – San Jose**

11 USBC Manager-San Jose
US Bankruptcy Court
12 280 South First Street
Room 3035
13 San Jose, CA 95113

14 **Honorable Marilyn Morgan**

15 Marilyn Morgan
U.S. Bankruptcy Court
16 280 South First Street
Room 3035
17 San Jose, CA 95113

18

19 **Dated:**        03/20/09                      JAS
**Chambers of Judge Whyte**

20

ORDER TO SHOW CAUSE
No. C-08-05331 RMW
TSF                                    3