E-filed on: 4/6/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: WCH, Inc., *dba* WINCHESTER CONVALESCENT HOSPITAL, *dba* SAN JOSE SUBACUTE CARE,<br><br>Debtor. | No. C-08-05331 RMW<br><br>ORDER DISMISSING APPEAL<br><br>[Docket No. 8.] |
| WCH, Inc., *dba* WINCHESTER CONVALESCENT HOSPITAL, *dba* SAN JOSE SUBACUTE CARE,<br><br>Appellant,<br><br>v.<br><br>FREDERICK S. WYLE, Chapter 11 Trustee,<br><br>Appellee. | |

On November 25, 2008, the court received WCH's notice of appeal from the bankruptcy court's order approving the trustee's sale of substantially all of the estate's assets. WCH did not subsequently file an opening brief, and on March 6, 2009, the court issued its first order setting a deadline for WCH to file its opening brief or to show cause why it could not do so by the deadline. WCH did not comply with the order, and on March 17, 2009, the court issued a second order to show cause as to why the appeal should not be dismissed for want of prosecution. The court set a

ORDER DISMISSING APPEAL
No. C-08-05331 RMW
TER

1  March 27, 2009 deadline for response, warning that a failure to file a respond will result in dismissal
2  of the appeal. WCH did not meet the March 27 deadline, but on March 30 filed a motion to dismiss
3  the appeal, explaining that the appeal was moot.
4       Accordingly, for good cause appearing, the appeal is hereby DISMISSED.

7  DATED:   4/6/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
**For the Northern District of California**

1  **Notice of this document has been electronically sent to:**

2  **Counsel for HCW:**

3  Orrin Leigh Grover, III        orrin@orringrover.com

4  **Counsel for Wyle:**

5  Jeffrey L. Fillerup        jfillerup@luce.com
   Barry Milgrom            bmilgrom@luce.com

6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9  **Notice of this document has been mailed to:**

10 **USBC Manager – San Jose**

11 USBC Manager-San Jose
   US Bankruptcy Court
12 280 South First Street
   Room 3035
13 San Jose, CA 95113

14 **Honorable Marilyn Morgan**

15 Marilyn Morgan
   U.S. Bankruptcy Court
16 280 South First Street
   Room 3035
17 San Jose, CA 95113

18

19 **Dated:**      4/6/09                             TER
                                              **Chambers of Judge Whyte**
20

21

22

23

24

25

26

27

28

ORDER DISMISSING APPEAL
No. C-08-05331 RMW
TER                                               3